UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERIC EUGENE FULLER,

    Petitioner,

v.                                                   Case No. 5:21-cv-24-TKW/MAF

MARK INCH, Secretary, Florida
Department of Corrections,

    Respondent.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be transferred to the Jacksonville Division of the United States District Court for the Middle District of Florida. Accordingly, it is **ORDERED** that:

    1.     The magistrate judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

    2.     This case is **TRANSFERRED** to the Jacksonville Division of the United States District Court for the Middle District of Florida.

    3.     The Clerk shall close the case file in this Court.

**DONE AND ORDERED** this 22nd day of February, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**